1 Robert C. Bowman, Jr. (CA Bar No: 232388)
LAW OFFICES OF BOWMAN & ASSOCIATES
2 *3230 Ramos Circle*
*Sacramento CA 95827*
3 Telephone: (916) 923-2800
Facsimile: (916) 358-8689
4 robert@bowmanandassoc.com

5 Attorneys for Plaintiff
SCOTT HILL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HILL | Case No. 2:16-cv-02971- MCE-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| FEDERAL EXPRESS | |
| Defendants. | |

**WHEREAS,** Plaintiff Scott Hill and Defendant Federal Express have entered into a total settlement and mutual release;

Now therefore, Scott Hill and Federal Express enter into the following Stipulation.

## **STIPULATION**

Scott Hill by and through his attorney Robert C Bowman Jr. and Federal Express, by and through their attorney Emily C. Pera, stipulate to dismissal with prejudice of all claims in the above captioned action. Pursuant to FRCP Rule 41(a) (1)(A) (ii), and 41(a) (2) Scott Hill and Federal Express, jointly request an Order of the Court dismissing with prejudice all claims.

///

Law Office of Bowman & Associates, APC
3841 N. Freeway Blvd., Suite 185
Sacramento, CA 95834

| | | |
|---|---|---|
| DATED: March 1, 2018 | | LAW OFFICES OF BOWMAN AND ASSOCIATES, A.P.C. |

By: /s/ Robert C Bowman Jr
ROBERT C. BOWMAN JR
Law Offices of Bowman & Associates
Attorney for Plaintiff
SCOTT HILL

DATED: March 1, 2018

FEDERAL EXPRESS CORPORATION

By: /s/ Stephanie Stroup
Stephanie A. Stroup
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

## ORDER

This matter came before the Court on a Stipulation for Dismissal With Prejudice filed by Plaintiff Scott Hill and Defendant Federal Express. That Stipulation is hereby granted as requested, and this matter is dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE